Opinion issued December 16, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00875-CR

———————————

GUILLERMO
ELIZONDO, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 248th District Court 

Harris County, Texas



Trial Court Cause No. 1247684

 



MEMORANDUM OPINION

Appellant, Guillermo Elizondo, has filed a motion to
dismiss the appeal.  No opinion has
issued.  Accordingly, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.2(a).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Sharp.

Do
not publish.  See Tex. R. App. P. 47.2(b).